UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

AKHMED BEKHOEV,
Petitioner,
v.
THOMAS GUILES, et al.,
Respondents.

Case No. CV 5:26-6776-RAO

JUDGMENT

Pursuant to the Order Granting In Part and Denying and Dismissing in Part Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that this action is closed.

DATED: November 23, 2026

/s/
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRTE JUDGE